

# Fourth Court of Appeals
## San Antonio, Texas

### CONCURRING OPINION

No. 04-25-00294-CV

**IN THE INTEREST OF M.A.T.T.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2024PA00066
Honorable Kimberly Burley, Judge Presiding

Opinion by:     Lori Massey Brissette, Justice
Concurring Opinion by: H. Todd McCray, Justice

Sitting:        Irene Rios, Justice
                Lori Massey Brissette, Justice
                H. Todd McCray, Justice

Delivered and Filed: December 10, 2025

I join the majority decision. I write separately to reiterate my position that, as a reviewing court, our role is limited. We owe great deference to the trial court's conservatorship determination and may not substitute our judgment for that of the factfinder. Because we do not seek to replace the trial court's judgment with our own, this court expresses no opinion on whether the Department, Foster Mother, or maternal grandmother should be named a managing conservator. We leave the conservatorship determination to the sound discretion of the trial court.

H. Todd McCray, Justice